151 So. 922

**STATE of Alabama et al. v. NASHVILLE, CHATTANOOGA & ST. LOUIS R. CO.**

3 Div. 71.

Supreme Court of Alabama.
Dec. 21, 1933.

PER CURIAM.
Appeal dismissed by appellants.

154 So. 919

**STATE TAX COMMISSION et al. v. LOUISVILLE & N. R. CO. et al.**

3 Div. 93.

Supreme Court of Alabama.
May 8, 1934.

PER CURIAM.
Appeal dismissed by appellants.

153 So. 919

**J. M. STEVERSON v. E. O. TILLMAN.**

6 Div. 522.

Supreme Court of Alabama.
March 22, 1934.

B. F. Smith, of Birmingham, for appellant.
Harvey M. Emerson, of Birmingham, for appellee.

BROWN, Justice.
Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

154 So. 919

**T. G. STEWART et al. v. J. I. CASE THRESHING MACHINE CO.**

3 Div. 74.

Supreme Court of Alabama.
May 10, 1934.

C. E. Alexander, of Prattville, for appellants.
H. E. Gipson, of Prattville, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

154 So. 919

**TENNESSEE VALLEY BANK v. A. B. BLACKBURN, Sr., et al.**

8 Div. 502.

Supreme Court of Alabama.
May 17, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.